IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NARASIMHA SASTRY JATAVALLABHULA, et al., § § § Plaintiffs, § § Case No. 6:25-cv-223-JDK v. § § UNITED STATES CITIZENSHIP § AND IMMIGRATION SERVICES, § § Defendant. § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs' notice of voluntary dismissal. Docket No. 5. Pursuant to Plaintiffs' notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** without prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **11th** day of **August, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE